| | | |
|---|---|---|
| **Fill in this information to identify the case:** | | |
| Debtor 1 | Bradley D Dillman | |
| Debtor 2 (Spouse, if filing) | | |
| United States Bankruptcy Court for the: | Western District of Wisconsin (State) | |
| Case number | 23-10010-cjf | |

Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the FW-BKPL Series I Trust

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 5 1 5 6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: 5 / 25 / 2023

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Atty fee plan objection | 2/27/2023 | (11) $ 550.00 |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2            Notice of Postpetition Mortgage Fees, Expenses, and Charges            page 1

Debtor 1 _____  Case number (*if known*) _____
　　　　　First Name　　Middle Name　　Last Name

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**



✗ /s/ Bryan Ward
Signature

Date  6 / 6 / 2023

Print: **Bryan M. Ward**
　　　First Name　Middle Name　Last Name

Title: Attorney for Creditor

Company: Eric Feldman & Associates, P.C.

Address: 5555 N. Port Washington Road, Suite 305
Number　　Street
Milwaukee, WI  53217
City　　State　ZIP Code

Contact phone (414) 271 – 4849

Email: bmw@bryanwardlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Bradley Dillman,  
            Debtor

Case No.: 23-10010-cjf  
Chapter 13

## CERTIFICATE OF MAILING

STATE OF WISCONSIN, MILWAUKEE COUNTY

I, Bryan M. Ward, certify that on the date of 6/6/2023, copies of these documents—**Notice of Postpetition Mortgage Fees, Certificate of Mailing**—were mailed, properly enclosed in a postage paid envelope, or served electronically if the party accepts electronic service, to the following:

| | |
|---|---|
| Via US Mail: | Bradley D Dillman<br>5309 Portsmouth Way<br>Madison, WI 53714 |
| Via ECF: | Debtor's counsel<br>Chapter 13 Trustee<br>U.S. Bankruptcy Trustee |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

_____  
Bryan M. Ward, WI Bar # 1066268  
5555 N. Port Washington Rd, Suite 305  
Glendale, WI 53208  
414-271-4849  
bmw@bryanwardlaw.com

*This is an attempt to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge of this debt in a U.S. Bankruptcy Court case, this communication is not, and should not be construed as, an attempt to hold you personally liable for any discharged debt.*